United States District Court
Southern District of Texas
**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYLL CLEWETT, | § § § | |
| Plaintiff. | § § | |
| V. | § § | CIVIL ACTION NO. 4:23-cv-04461 |
| COVERAGE ONE INSURANCE GROUP, LLC, | § § § § | |
| Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before Monday, May 5, 2025, that the settlement could not be completely documented.

The docket call scheduled for December 8, 2025 is cancelled.

SIGNED this 21st day of March 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE